## William Sorenson, Appellee, v. Lee Cox, Appellant.

### Gen. No. 6,543.    (Not to be reported in full.)

Appeal from the Circuit Court of Stark county; the Hon. CLYDE E. STONE, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed July 25, 1918.

### Statement of the Case.

Action by William Sorenson, plaintiff, against Lee Cox, defendant, to recover for the death of plaintiff's mare, due to negligence of defendant in breeding with defendant's stallion. From a judgment for plaintiff for $160, defendant appeals.

J. H. RENNICK, for appellant.

F. B. BRIAN, for appellee.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

1. ANIMALS, § 43*—*when negligence in failing to give assistance to stallion in breeding is shown.* Evidence *held* sufficient to sustain a finding that defendant's servant was negligent in not giving proper assistance to defendant's stallion in breeding with plaintiff's mare, resulting in the death of the mare, because of an improper entry through the rectum, it appearing that defendant's servant was six or seven feet away from the animals at the time.

2. APPEAL AND ERROR, § 1407*—*when verdict not disturbed.* A verdict will not be disturbed on appeal if it is not against the manifest weight of evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.